# In the United States Court of Federal Claims

No. 00-40C
(Filed: June 6, 2013)

|  |  |
|---|---|
| GENERAL MOTORS CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## SCHEDULING ORDER

The government's June 5, 2013 unopposed motion for an eight-day enlargement of time within which to file its brief on the "benefit improvements" issue, and comparable extensions of the dates set for the parties' remaining briefs, is **GRANTED**. Accordingly, the briefing schedule is revised as follows:

**June 14, 2013**   Defendant's brief due.

**July 1, 2013**   Plaintiff's response brief due.

**July 15, 2013**   Defendant's reply brief due.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge