# In the United States Court of Federal Claims

No. 00-40C
(Filed: July 29, 2013)

|  |  |
|---|---|
| GENERAL MOTORS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

**O R D E R**

Oral argument the parties' cross-motions for partial summary judgment on the benefit improvement issue shall be heard on **Tuesday, September 3, 2013 at 2:00 p.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  Counsel for each party shall appear in person.  The courtroom number will be posted in the lobby on the day of the proceeding.

**IT IS SO ORDERED.**                              s/Nancy B. Firestone
                                                                 NANCY B. FIRESTONE
                                                                 Judge

cc:    Richard Bernstein
        Counsel for amicus, General Electric